# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| MARK THOMAS RENO | ) | 3:22-MJ- 2126 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 3, 2022 _____ in the county of _____ Knox _____ in the
_____ Eastern _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destruction of Government Property |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Jessi Mann.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jessi Mann, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/15/2022 _____

_____
*Judge's signature*

City and state: _____ Knoxville, Tennessee _____

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*