AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
JUL 27 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: [signature]
DATE: 7/18/22  TIME: 2:00p
U.S. MARSHAL E/TN
KNOXVILLE, TN

United States of America
v.
Mark Thomas Reno

Case No. 3:22-MJ-2126

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark Thomas Reno,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. §1361 (Destruction of Government Property).

Date: 07/15/2022

*Jill E McCook*
*Issuing officer's signature*

City and state: Knoxville, Tennessee

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/15/22, and the person was arrested on *(date)* 7/18/22
at *(city and state)* _____.

Date: 7/18/22

[signature]
*Arresting officer's signature*

Scott P. Dedche
*Printed name and title*

FID: 11449133
USMS: 11542-510
2274-0718-2109-J

Case 3:22-cr-00073-KAC-JEM   Document 15   Filed 07/27/22   Page 1 of 1   PageID #: 33