UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff, ) | |
| v. ) | NO. 3:22-CR-73 |
| ) | JUDGES MCCOOK/CRYTZER |
| MARK THOMAS RENO ) | |
|         Defendant. ) | |

## MOTION FOR A MEDICAL FURLOUGH

The defendant, Mark Thomas Reno, by and through counsel, moves this Honorable Court for a medical furlough. In support of this motion, Mr. Reno would show the following:

1. Mr. Reno was arrested on a Criminal Complaint on July 18, 2022. An Initial Appearance was held on the same day and undersigned counsel was appointed to represent Mr. Reno. The Grand Jury returned an indictment on July 26, 2022. An Initial Appearance on the indictment has not yet been scheduled. Mr. Reno has remained in continuous custody since his arrest on July 18, 2022.

2. Mr. Reno is being housed at the Laurel County Correctional Center in London, Kentucky. Based on information and belief, it is counsel's understanding that on the afternoon of August 9, 2022, Mr. Reno suffered a medical episode and was transported to Saint Joseph Hospital in London, Kentucky. However, due to needing a higher level of care, Mr. Reno was transported from Saint Joseph to Ephraim McDowell Medical Center in Danville, Kentucky. He was admitted to the hospital, treated, and subsequently discharged on August 11, 2022. Counsel has requested Mr. Reno's medical records from this hospitalization, but has not yet received them. Counsel has

been in frequent communication with the United States Marshals Service regarding Mr. Reno's medical condition.

3. On August 14, 2022, counsel received a phone call from the United States Marshals Service regarding Mr. Reno's medical condition. It is counsel's understanding that Mr. Reno was transported to Saint Joseph Hospital on August 13, 2022, treated, and discharged back to the Laurel County Correctional Center on the same date. However, on August 14, 2022, Mr. Reno was again transported to Saint Joseph Hospital and was flown via medical helicopter to Ephraim McDowell Regional Medical Center. He is presently in the hospital's Intensive Care Unit.

4. Hospital staff at Ephraim McDowell Regional Medical Center has reported to the medical staff at the Laurel County Correctional Center that Mr. Reno has a less than 50 percent chance of survival.

5. Mr. Reno requests that this Honorable Court grant him a temporary medical furlough.

6. Counsel for Mr. Reno has communicated with Assistant United States Attorney Casey Arrowood and he does not oppose the relief sought in this motion.

7. The parties are in agreement that upon discharge from the hospital, Mr. Reno will return directly to the custody of the United States Marshals Service.

Respectfully submitted, this 14th day of August, 2022.

                    FEDERAL DEFENDER SERVICES OF
                    EASTERN TENNESSEE, INC.

BY:   /s/*Sarah H. Olesiuk*
        Sarah H. Olesiuk
        Assistant Federal Defender
        TN Bar No. 030290
        Federal Defender Services
        of Eastern Tennessee, Inc.
        800 S. Gay St., Suite 2400
        Knoxville, TN 37929
        COUNSEL FOR DEFENDANT