UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:22-CR-73 |
| ) | JUDGES CRYTZER/MCCOOK |
| MARK THOMAS RENO ) | |
| Defendant. ) | |

## SUGGESTION OF DEATH

Comes now counsel for the Defendant, Mark Reno, to give formal notice to this Honorable Court that it is her belief that Mr. Reno died on August 15, 2022. On August 15, 2022, undersigned counsel spoke with Matthew Johnson, a charge nurse in the Intensive Care Unit at Ephraim McDowell Regional Medical Center in Danville, Kentucky. Mr. Johnson advised that Mr. Reno died on August 15, 2022, at 9:11 a.m. Mr. Reno had previously been temporarily furloughed by this Court in order to continue to receive medical treatment at Ephraim McDowell Regional Medical Center. [Doc. 18].

Respectfully submitted, this 16th day of August, 2022.

        FEDERAL DEFENDER SERVICES OF
        EASTERN TENNESSEE, INC.

BY:  /s/*Sarah H. Olesiuk*
        Sarah H. Olesiuk
        Assistant Federal Defender
        TN Bar No. 030290

        Federal Defender Services
        of Eastern Tennessee, Inc.
        800 S. Gay St., Suite 2400
        Knoxville, TN 37929

        COUNSEL FOR DEFENDANT